IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
Augusta

IN RE:  )  Chapter 13
   Willie Lawrence Hudson  )  Number 15-10709
       Debtor(s)  )

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** Hudson (Last)    Willie (First)    L (MI)

**Joint Debtor Name:** ___ (Last) ___ (First) ___ (MI)

**Previous Address:** P. O. Box 334

Norwood (City)    GA (State)    30821 (Zip Code)

**New Address:** 110 McGinty Dr.

Norwood (City)    GA (State)    30821 (Zip Code)

This 9 day of Nov, 2015

By: /s/ John P. Wills

John P. Wills (Name)    Attorney for Debtor (Title)

P. O. Box 1620 (Address)

Thomson (City)    GA (State)    30824 (Zip Code)

706-595-8100 (Telephone)    767375 (Bar ID)